UNITED STATES DISTRICT COURT      MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - YUMA

Date: 05/08/2013        Case Number: 13-63446MP

USA vs. **Sukhvir Singh**

U.S. MAGISTRATE JUDGE: JAMES F. METCALF    Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Louis C Uhl
INTERPRETER REQ'D: Varuna Tejwani, Punjabi
Attorney for Defendant: Brenda Sandoval for Richard L Juarez (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **05/01/2013**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:

                                Recorded by Courtsmart    COP: 3
                                BY: Angela Tuohy        Sent: 0
                                        Deputy Clerk          IA: 0