## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, YUMA DIVISION

United States of America           CASE: 13-63446MP

vs.

Sukhvir Singh

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Sukhvir Singh, was represented by counsel, Brenda Sandoval for Richard L Juarez (FPD).

The defendant pled guilty to the Complaint on 05/08/2013. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/01/2013 |

As pronounced on 05/08/2013, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Wednesday, May 08, 2013.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 483073VD3